# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| INTEWRAP CORP., | : |
| Plaintiff, | : |
| vs. | : 1:04-CV-140 (WLS) |
| WILLIAM G. TEAGUE, | : |
| Defendant. | : |

## ORDER

Presently before the Court is Plaintiff's Motion to Reopen Case. (Doc. No. 27).[1] A hearing was held on said motion on Tuesday, June 21, 2005. During said hearing, the parties jointly moved the Court to reopen the case for purposes of conducting limited discovery. The parties agreed that limited discovery is necessary to determine whether: (1) Defendant has provided Plaintiff with all of the materials he is obligated to provide according to the terms and conditions of the settlement agreement; (2) Defendant is soliciting customers prohibited by this Court's order and injunction of October 6, 2004; and (3) Plaintiff has been paid all of the monies entitled to be paid by Defendant.[2] Therefore, Plaintiff's Motion to Reopen Case (Doc. No. 27) is **GRANTED for the purposes of conducting limited discovery.** The Court further **SUSPENDS** the instant hearing pending sixty (60) days, i.e., **Monday, August 22, 2005**, in

---

[1] The Court notes that it specifically retained jurisdiction to ensure compliance with the order and injunction entered on October 6, 2004. (Doc. No. 4, ¶ 8).

[2] In addition, Defendant has agreed to pay Plaintiff $1,300.00 or more, as a refund from a supplier, by Friday, June 24, 2005.

1

order to conduct limited discovery. The Court further **ORDERS** the parties to file a joint, written status report as to any outstanding discovery issues or matters remaining for resolution not later than **Monday, August 22, 2005** or, if the matter is entirely resolved, advise the Court that all remaining issues are moot.

SO ORDERED, this  6th  day of July, 2005.

    /s/W. Louis Sands
**W. Louis Sands, Chief Judge**
**United States District Court**